# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Dallas                      DIVISION

(Name All Plaintiffs and Defendants)

KENT KEAN

CIVIL NUMBER ____3:12-cv-01159-B____

Complete the following if judgment
was rendered in another District:

vs.

JACK HENRY & ASSOCIATES, INC.

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, on the _17_ day of _____June_____, _2013_, in favor of _____Jack Henry & Associates, Inc._____

against _____Kent Kean_____

_____

in the sum of $ _____ with interest at the rate of

_____ per cent per annum from the _____ day of _____, _____.

Costs have been taxed by the Clerk of Court in the sum of $ _____8,120.49_____.

Credits reflected by returns on execution in the sum of $_____- 0 -_____.

The address of the defendant shown in this suit in which said judgment was rendered:____Kent Kean,____

_____3913 Cross Bend Road, Plano, Collin County, Texas, 75023_____or nature of

citation and date and place citation served:

_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this __29__ day of __SEPTEMBER__, 20_14_.

KAREN MITCHELL, CLERK

By _____s/Yolanda Pace_____
Deputy Clerk